UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LARRY DWAYNE HIGGINS,
#54061-018

    Plaintiff,

v.                                              CASE NO. 8:16-cv-1598-T-26AEP
                                               (Underlying Criminal Case: 8:11-cr-30-T-26AEP)

UNITED STATES OF AMERICA,

    Defendant.
_____/

**O R D E R**

Pending before the Court is the Joint Stipulation Regarding Section 2255 Motion and Resentencing in which the parties stipulate that the Plaintiff no longer qualifies for a sentencing enhancement under the provisions of the Armed Career Criminal Act. After carefully considering the Joint Stipulation, together with the procedural history of the Plaintiff's underlying criminal case and his presentence report, the Court will approve the Joint Stipulation.

**ACCORDINGLY**, it is **ORDERED AND ADJUDGED** as follows:

1)    The Plaintiff's Motion to Vacate (Dkt. 1) is **granted**.

2)    The Court directs the Clerk to enter judgment for the Plaintiff and to **CLOSE** this case.

3)   The Court also directs the Courtroom Deputy Clerk to enter an Amended Judgment in a Criminal Case in the Plaintiff's underlying criminal case, case number 8:11-cr-30-T-26AEP, reducing Plaintiff's sentence to that of time served, followed by 36 months of supervised release, subject to the same terms and conditions as imposed in the original Judgment in a Criminal Case.

**DONE AND ORDERED** at Tampa, Florida, on July 26, 2016.

s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record
United States Probation
United States Marshal
Bureau of Prisons